# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRED F. ORELLANA, | No. 1:24-cv-01590-KES-BAM (PC) |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS REGARDING DISMISSAL OF CERTAIN CLAIMS |
| v. | |
| SOM, | Doc. 10 |
| Defendant. | |

Plaintiff Fred F. Orellana is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On June 3, 2025, the assigned magistrate judge screened plaintiff's complaint and found that it stated a cognizable claim against defendant Som for deliberate indifference to serious medical needs in violation of the Eighth Amendment, for the lack of care provided after plaintiff experienced a serious fall, but failed to state any other cognizable claims for relief. Doc. 7. The magistrate judge ordered plaintiff to either file an amended complaint or notify the Court of his willingness to proceed only on the claim found cognizable. *Id.* at 7–8. On June 25, 2025, plaintiff filed a notice of his intent to proceed on the claim found cognizable in the screening order. Doc. 8.

1

1      Accordingly, on June 26, 2025, the magistrate judge issued findings and recommendations recommending that this action proceed against defendant Som for deliberate indifference to serious medical needs in violation of the Eighth Amendment for the lack of medical care provided after the fall. Doc. 10. The magistrate judge further recommended that all other claims be dismissed based on plaintiff's failure to state claims upon which relief may be granted. *Id.* at 7. The findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within fourteen (14) days after service. *Id.* No objections have been filed, and the deadline to do so has expired.

    In accordance with the provisions of 28 U.S.C. § 636(b)(1), this Court has conducted a de novo review of this case. Having carefully reviewed the file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly:

1. The findings and recommendations issued on June 26, 2025, Doc. 10, are adopted in full;
2. This action shall proceed on plaintiff's claim, in his complaint filed December 27, 2024, Doc. 1, against defendant Som for deliberate indifference to serious medical needs in violation of the Eighth Amendment for the lack of care provided after the fall;
3. All other claims are dismissed from this action for failure to state a claim upon which relief may be granted; and
4. This action is referred back to the magistrate judge for further proceedings.

IT IS SO ORDERED.

Dated:   September 13, 2025                                     
                                                        UNITED STATES DISTRICT JUDGE