**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FRED F. ORELLANA, | Case No. 1:24-cv-01590 KES BAM (PC) |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DISMISSING SOM AS A DEFENDANT, DISMISSING THE ACTION WITHOUT PREJUDICE, AND DIRECTING THE CLERK OF COURT TO CLOSE THE CASE |
| v. | |
| SOM, | |
| Defendant. | (Doc. 18) |

Fred Orellana asserts Dr. Som failed to properly treat him after a fall at Valley State Prison. Orellana seeks to hold Som liable for deliberate indifference to medical care in violation of the Eighth Amendment. *See generally* Doc. 1. Although the court found service was appropriate, Orellana failed to provide sufficient information to effectuate service, as required under Rule 4(m) of the Federal Rules of Civil Procedure. The assigned magistrate judge ordered Orellana to show cause why the action should not be dismissed. Doc. 17. Orellana did not respond to the order.

The magistrate judge issued findings and recommendations, observing that the U.S. Marshal was unable to serve Som based upon the limited information provided by Orellana. Doc. 18 at 2-3. The magistrate judge recommended Som be dismissed as a defendant pursuant to Rule 4(m), and that the action be dismissed without prejudice given the lack of service on the only defendant. *Id.* at 3.

1

The court served the findings and recommendations on Orellana and notified him that any objections were due within 14 days.  Doc. 18 at 3.  In addition, the court informed Orellana that failure to file timely objections may result in the waiver of rights on appeal.  *Id.*  Orellana did not file objections, and the deadline to do so has expired.

In accordance with 28 U.S.C. § 636(b)(1), this court conducted a de novo review of the case.  Having carefully reviewed the entire matter, the court concludes the findings and recommendations are supported by the record and by proper analysis.  Thus, the court **ORDERS**:

    1.    The findings and recommendations issued on December 30, 2025 (Doc. 18), are **ADOPTED** in full.

    2.    Som is **DISMISSED** as a defendant, without prejudice, pursuant to Federal Rule of Civil Procedure 4(m).

    3.    This action is **DISMISSED** without prejudice.

    4.    The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:   __February 9, 2026__                          _____

                                      UNITED STATES DISTRICT JUDGE